Debtor 1   Janice Erotha Levins, *aka* Janice E. Levins, *aka* Janice Levins, *aka* Janice Erotha Landrum, *aka* Janice Erotha Lofton

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN            District of   ALABAMA
                                                                            (State)

Case number  19-11579

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   Quicken Loans Inc.           **Court claim no. (if known)**   2

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX9625

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 5/29/2019, | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. Other. Specify: Plan Review; | 5/16/2019, | (11) | $ 150.00 |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Janice Erotha Levins, *aka* Janice E. Levins, *aka* Janice Levins, *aka* Janice Erotha Landrum, *aka* Janice Erotha Lofton | Case number (*if known*) | 19-11579 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
✸ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | */s/Kinnera  Bhoopal* | | Date | 6/19/2019 |
|---|---|---|---|---|---|
| | | Signature | | | |
| Print: | | Kinnera                                                Bhoopal | | Title | Authorized Agent |
| | | First Name         Middle Name              Last Name | | | |
| Company | | McCalla Raymer Leibert Pierce, LLC, Authorized Agent for Quicken Loans Inc. | | | |
| Address | | 1544 Old Alabama Road | | | |
| | | Number         Street | | | |
| | | Roswell                          GA                      30076 | | | |
| | | City                            State                    ZIP Code | | | |
| Contact phone | | (312) 348-9088 X5172 | Email | Kinnera.Bhoopal@mccalla.com | |

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page **2**

Case 19-11579    Doc    Filed 06/19/19    Entered 06/19/19 17:01:24    Desc Main
Document      Page 2 of 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

**In re:**  )
)  **Case No.** 19-11579
Janice Erotha Levins  )  **Chapter** 13
*aka* **Janice E. Levins**  )
*aka* **Janice Levins**  )  **JUDGE:** Henry A. Callaway
*aka* **Janice Erotha Landrum**  )
*aka* **Janice Erotha Lofton**

## EXHIBIT B

### ITEMIZATION OF CLAIM

- Bankruptcy/Proof of Claim Fees: $500.00

    05/29/2019    Preparation and Filing of Proof of Claim    $500.00

- Other: $150.00

    05/16/2019    Review and Analysis of Schedules, Plan, Docket, Loan Docs    $150.00

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:    **$650.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 19-11579 |
| Janice Erotha Levins | Chapter: 13 |
| | Judge: Henry A. Callaway |

In Re:
Janice Erotha Levins
*aka* **Janice E. Levins**
*aka* **Janice Levins**
*aka* **Janice Erotha Landrum**
*aka* **Janice Erotha Lofton**

## CERTIFICATE OF SERVICE

I, Kinnera Bhoopal, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Janice Erotha Levins
1717 Sandstone Court
Mobile, AL 36618

Herman D. Padgett                                    *(served via ECF Notification)*
c/o Padgett and Robertson, Attorneys
4317 Downtowner Loop North
Mobile, AL 36609

Daniel B. O'Brien, Trustee                           *(served via ECF Notification)*
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   6/19/2019        By:   */s/Kinnera Bhoopal*
                 (date)                Kinnera Bhoopal
                                       Authorized Agent for Quicken Loans Inc.